# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0397
_____

CHRISTOPHER GODWIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Calhoun County.
Brandon J. Young, Judge.



April 18, 2024

PER CURIAM.

AFFIRMED.

ROBERTS, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Peter James Lombardo of Law Office of Peter Lombardo, Bradenton, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.